UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Crim. Action No. 13-0013 (ABJ) |
| EZRA GRIFFITH, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Consistent with the Court's oral rulings at the pretrial conference held on this date, it is

ORDERED that the exhibits numbered one through eighteen on the government's revised exhibit list are admitted, and the Court will defer any decision on exhibit number nineteen until the defendant has had an opportunity to examine it prior to the commencement of the trial on April 8, 2013; it is

FURTHER ORDERED that the Court will give D.C. Criminal Jury Instruction Number 2.108 for reasonable doubt; it is

FURTHER ORDERED that the Court will give D.C. Criminal Jury Instruction Number 2.207 for police officer testimony; it is

FURTHER ORDERED that the Court will not give the final paragraph of the parties' proposed version of D.C. Criminal Jury Instruction Number 6.553; it is

FURTHER ORDERED that the Court will accept the version of the prior criminal offense stipulation submitted by the government and reject the version submitted by defendant; and it is

FURTHER ORDERED that on or before April 5, 2013, the parties shall file signed copies of all stipulations and the government shall file its revised exhibit list.

*Amy B Jack*

AMY BERMAN JACKSON
United States District Judge

DATE:  April 3, 2013